125 P.3d 498

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Custer v. Administrative Director of Courts | 26026 | 11/08/2005 | Denied | 108 Hawai'i 350, 120 P.3d 249 |